# First District Court of Appeal
## State of Florida

_____

No. 1D19-2461
_____

ALONZO VERNARD MCCULLUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

September 8, 2021

PER CURIAM.

AFFIRMED.

RAY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Alonzo Vernard McCullum, pro se, Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.